UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SEP 30 2022 PM 5:19
FILED-USDC-CT-HARTFORD

**DAWN PERESCHINO,**

       **Plaintiff,**

v.

**CASE NO. 3:19CV1641 (RAR)**

**UNITED SERVICES, INC.**

       **Defendant.**

## JUDGMENT

This action having come on for consideration of the defendant's [doc. #28] motion for summary judgment before The Honorable Robert A. Richardson, United States Magistrate Judge and,

The court having considered the motion and the full record of the case including applicable principles of law, issued its ruling on September 30, 2022 granting the defendant's motion; it is therefore

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut, this 30th day of September, 2022.

DINAH MILTON KINNEY, Clerk

By /s/ AB
Angela Blue
Deputy Clerk

EOD: 9/30/2022